# First District Court of Appeal
## State of Florida

_____

No. 1D2023-2562
_____

JASON S. MOSES,

　　Appellant,

v.

STATE OF FLORIDA,

　　Appellee.

_____

On appeal from the Circuit Court for Holmes County.
Russell S. Roberts, Judge.

January 20, 2026

PER CURIAM.

　　AFFIRMED.

LEWIS, ROWE, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Pamela D. Presnell, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.